# Exhibit 3





Fig. 4

Fig. 5

Fig. 6



Fig. 7

Fig. 8