# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| Shenzhen Kean Silicone Product Co., Ltd, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) Case No. 1:25-cv-12135 |
| v. | ) |
| | ) |
| Moon and Stars Online Inc. d/b/a Moon and Stars Online INC, and Shenzhen Shenchenxing Trading Co., Ltd. d/b/a moringstars       Defendant | ) ) ) ) ) |

## Schedule A to the Complaint

| Def | Store Name | Store URL | Seller ID | Listing | ASIN |
| --- | --- | --- | --- | --- | --- |
| 1 | MOON AND STARS INC | https://www.amazon.com/sp?ie=UTF8&seller=AFT0BPYNYQ1M1&asin=B09LYGXZHH&ref_=dp_merchant_link&isAmazonFulfilled=1 | AFT0BPYNYQ1M1 | https://www.amazon.com/Squishy-Fidgets-Stuffers-Poppers-Sensory/dp/B09LYGXZHH/ref=sr_1_3?dib=eyJ2IjoiMSJ9.TMPn98ACxadr1sGz3PICRI9j_Mxvi9z-n6-uhwfsUU9GhLH_qivU_1PXiK6DRHnJnhWApOlQyJ0nRnNRSx2Q57b7Q02Xw7PQwLvwDDx3uM9foPI2Fx1dnJUm7Eo3mo2spSZ2_SFUh4Up0HCi-wOZdLB3SptCwn3ZT0Ar4eqJnYoR1kHG7wGtknV1InurAU86AlhBOoM0D7DTTCCOVAQWDNsDN9muyGc0FSceUvQQ18c.LvJ4eSKFiJp2BVqC1BUne0po1l8aoiWp1SHvEJgQKg8&dib_tag=se&m=AFT0BPYNYQ1M1&marketplaceID=ATVPDKIKX0DER&qid=1758216955&s=merchant-items&sr=1-3&th=1 | B09LYGXZHH |
| | | | | https://www.amazon.com/Inflatable-Stuffers-Fidgets-Poppers-Keychain/dp/B0BQQNF43M/ref=sr_1_7?dib=eyJ2IjoiMSJ9.TMPn98ACxadr1sGz3PICRI9j_Mxvi9z-n6-uhwfsUU9GhLH_qivU_1PXiK6DRHnJnhWApOlQyJ0nRnNRSx2Q57b7Q02Xw7PQwLvwDDx3uM9foPI2Fx1dnJUm7Eo3mo2spSZ2_SFUh4Up0HCi-wOZdLB3SptCwn3ZT0Ar4eqJnYoR1kHG7wGtknV1InurAU86AlhBOoM0D7DTTCCOVAQWDNsDN9muyGc0FSceUvQQ18c.LvJ4eSKFiJp2BVqC1BUne0po1l8aoiWp1SHvEJgQKg8&dib_tag=se&m=AFT0BPYNYQ1M1&marketplaceID=ATVPDKIKX0DER&qid=1758216955&s=merchant-items&sr=1-7 | B0BQQNF43M |

| | | | | | |
|---|---|---|---|---|---|
| | | | | https://www.amazon.com/Inflatable-Squeeze-Fidgets-Sensory-Stuffers/dp/B0BPC4CZNX/ref=sr_1_8?dib=eyJ2IjoiMSJ9.TMPn98ACxadr1sGz3PICRI9j_Mxvi9z-n6-uhwfsUU9GhLH_qivU_1PXiK6DRHnJnhWApOlQyJ0nRnNRSx2Q57b7Q02Xw7PQwLvwDDx3uM9foPI2Fx1dnJUm7Eo3mo2spSZ2_SFUh4Up0HCi-wOZdLB3SptCwn3ZT0Ar4eqJnYoR1kHG7wGtknV1InurAU86AlhBOoM0D7DTTCCOVAQWDNsDN9muyGc0FSceUvQQ18c.LvJ4eSKFiJp2BVqC1BUne0po1l8aoiWp1SHvEJgQKg8&dib_tag=se&m=AFT0BPYNYQ1M1&marketplaceID=ATVPDKIKX0DER&qid=1758216955&s=merchant-items&sr=1-8 | B0BPC4CZNX |
| 2 | Moringstars | https://www.amazon.com/sp?ie=UTF8&seller=A3OUYIW2LGBPB5&asin=B09NW1V6S9&ref_=dp_merchant_link&isAmazonFulfilled=1 | A3OUYIW2LGBPB5 | https://www.amazon.com/Fidget-Squeeze-Silicone-Sensory-Elderly/dp/B09NW1V6S9/ref=sr_1_8?dib=eyJ2IjoiMSJ9.EHRHvApkRZn6GJVpO5VKdik2To-Dz91R5AxyPQjFRo0W-XMu1sjxs7ddjTZRqf3pSKHY1w_tj4KYlSPG8ni4cyKPVYmp_dzBKP9c6zuu25fikcMAVJgj4GKNwwiLMcfM_sKVXNFWBD3NOfq-bj29IUZch8DM_yfM4_kzyo3VmJt5lsYyMSW6HczFY2bSx2-X8HFLvFhFz2qfrD8gMghNQ0mBF85donSpECQ6YlM1Afc.jG4KU4rg_txyE3evO8wEHBloqpIoW50bZaA3Hrd625Y&dib_tag=se&m=A3OUYIW2LGBPB5&marketplaceID=ATVPDKIKX0DER&qid=1758216968&s=merchant-items&sr=1-8&th=1 | B09NW1V6S9 |